**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

WELLSPAN MEDICAL GROUP,

           Respondent

        v.

BRIAN MICHAEL, M.D.,

           Petitioner

: No. 77 MAL 2020
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.